STATE OF NEW JERSEY v. WILFREDO MIELES.

May 7, 1985.

Petition for certification denied. (See 199 *N.J.Super.* 29)

MAE THOMAS v. WARD BAUM, T/A BAUM ASSOCIATES.

May 14, 1985.

This matter having been duly considered and the Court having determined that certification was improvidently granted (99 *N.J.* 173);

It is ORDERED that the within appeal be and hereby is dismissed.

CHESTER FINDERS KEEPERS, INC. v. CHESTER SPRINGS ASSOCIATES AND COMMONWEALTH TRADING, INC.

May 14, 1985.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.